UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                            :

INCLINE GLOBAL ENHANCED LONG FUND :
LP, *et al.*,                                       :

                               Plaintiffs, :

                                 -v-        :

STONECO LTD., *et al.*,                 :

                             Defendants. :

-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2025

1:25-cv-4395-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 4, 2025, the parties in this case filed a proposed stipulation and order. Dkt. No. 13 (the "Proposed Order"). Because the parties have not complied with the Court's Individual Rules of Practice in Civil Cases (the "Individual Rules"), the Court will not take any action with respect to the Proposed Order at this time.

Any renewed request must be made in full compliance with the Individual Rules, in particular Individual Rule 1(F), which requires the submission of a joint letter with most proposed stipulations and orders.

The parties are again directed to review and comply with the Court's Individual Rules.

SO ORDERED.

Dated: September 9, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge