```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
INCLINE GLOBAL ENHANCED LONG FUND :
LP, *et al.*,                                                     :
                                                                  :        1:25-cv-4395-GHW
                                        Plaintiffs,               :
                                                                  :              ORDER
             -v-                                                  :
                                                                  :
STONECO LTD., *et al.*,                                           :
                                                                  :
                                        Defendants.               :
                                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On October 1, 2025, the Court held a teleconference on Defendants' proposed motion to dismiss. *See* Dkt. No. 19. As stated on the record, the Court grants Defendants leave to file their proposed motion. Their motion must be filed no later than November 14, 2025. Plaintiffs' opposition must be filed by December 22, 2025. Defendants' reply, if any, must be filed no later than three weeks following service of Plaintiffs' opposition.

SO ORDERED.

Dated: October 2, 2025
       New York, New York

                                                                  _____
                                                                        GREGORY N. WOODS
                                                                     United States District Judge